UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR25-105-TL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| NANCY CARDENAS GARCIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offenses charged:

1. Conspiracy to Commit Money Laundering

2. Money Laundering

Date of Detention Hearing:   June 4, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is alleged to have continued with money laundering activities after law enforcement executed a search warrant at their residence, where significant amounts of cash and firearms were located. Defendant left the state for a month after execution of the warrant. Defendant was not interviewed and so there is no verified release plan at this time. Defendant does not contest detention at this time.

2. Defendant poses a risk of non-appearance based upon unverified release plan, and leaving the state after execution of the warrant.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

///

01 | Officer.

02 |     DATED this 4th day of June, 2025.

*[Signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3