

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. CR25-103 |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | |
| | **)** | DETENTION ORDER |
| NANCY CARDENAS GARCIA, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

Offenses charged:

    1.  Conspiracy To Commit Money Laundering

    2.  Money Laundering

Date of Detention Hearing:    July 31, 2025.

       The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and

based upon the factual findings and statement of reasons for detention hereafter set forth, as

well as the reasons stated on the record at the hearing, finds that no condition or combination

of conditions which defendant can meet will reasonably assure the appearance of defendant as

DETENTION ORDER
PAGE -1

01  required.

02       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

03       1.      Defendant is alleged to have engaged in a long running scheme to launder

04  millions of dollars of drug trafficking proceeds for clients in Mexico.   A search of her

05  residence in 2021 revealed a significant quantity of methamphetamine, and a later search

06  revealed firearms with ammunition in close proximity, as well as $200,000 in cash.

07  Defendant's children were living in the residence at the time of both searches.   Defendant has

08  been aware of the underlying investigation for many years, but it is alleged that the criminal

09  conduct nevertheless persisted, including the forming of a new business engaged in money

10  laundering, where $10,000 in cash was found in a bag in May 2025.   After the search warrant

11  was executed in 2024, Defendant left Washington state for a period of a month, and examination

12  of digital devises revealed messages regarding her leaving Washington for another state or

13  Mexico.   She sent some messages about leaving for Mexico as recently as April 2025.

14  Defendant also has significant ties to Mexico, where she grew up, arriving in the United States

15  in 2014 on a work visa.    She is a Mexican citizen, and her mother lives in Mexico.    Defendant

16  is facing a significant sentence based upon the scale of the alleged money laundering scheme,

17  as well as deportation based upon both the filing of the charges and any conviction if that were

18  to occur, which presents an incentive to flee.

19       3.      There does not appear to be any condition or combination of conditions that will

20  reasonably assure the defendant's appearance at future Court hearings.

21  It is therefore ORDERED:

22  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

DETENTION ORDER
PAGE -2

01    General for confinement in a correction facility separate, to the extent practicable, from

02    persons awaiting or serving sentences or being held in custody pending appeal;

03    2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

04    3.   On order of the United States or on request of an attorney for the Government, the person

05         in charge of the corrections facility in which defendant is confined shall deliver the

06         defendant to a United States Marshal for the purpose of an appearance in connection with a

07         court proceeding; and

08    4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

09         the defendant, to the United States Marshal, and to the United State Probation Services

10         Officer.

11         DATED this 1st Day of August, 2025.

12

13    _____
      S. KATE VAUGHAN
      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3