The Hon. Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NANCY CARDENAS GARCIA, *et al.,*<br><br>　　　　　　　　Defendants. | NO. CR25-103-TL<br><br>[PROPOSED]<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for a Protective Order to Restrain Certain Forfeitable Property (the "Motion"), specifically, the following property (collectively, the "Subject Currency"), which was seized on or about June 5, 2024, from the residence of Defendants Nancy Cardenas Garcia ("Cardenas Garcia") and Jorge Zarate Maciel ("Zarate Maciel"), located at 12857 22nd Avenue South, SeaTac, Washington (the "Defendants' Residence"):

- $161,748 in U.S. Currency;
- $43,080 in U.S. Currency; and
- $27,548 in U.S. Currency.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Internal Revenue Service, Criminal Investigation Special Agent Dylan Boren, and any responses to the Motion,

Protective Order - 1
*United States v. Cardenas Garcia, et al.,* CR25-103-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

hereby FINDS entry of a protective order restraining the Subject Currency is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment returned on May 21, 2025, *see* Dkt. No. 1;
- Based on the facts set forth in the Declaration of Special Agent Dylan Boren, there is probable cause to believe the Subject Property may, upon the Defendants' conviction, be forfeited in this case, pursuant to 18 U.S.C. § 982(a)(1), as property involved in, or traceable to property involved in, Defendants' commission of *Conspiracy to Commit Money Laundering* (Count 1 of Indictment) and *Money Laundering* (Counts 2-20 of Indictment); and,
- To ensure the Subject Currency remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Currency pending the conclusion of this case is GRANTED; and,

//
//
///
//
//
//
///
//
//
//

Protective Order - 2
*United States v. Cardenas Garcia, et al.,* CR25-103-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The Subject Currency shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of this criminal case, to include any ancillary forfeiture proceedings, and/or further order of the Court.

IT IS SO ORDERED.

DATED this 4th day of September, 2025.

*[signature]*

THE HON. TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Protective Order - 3
*United States v. Cardenas Garcia, et al.,* CR25-103-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970